IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FREDERICK W. SMITH, JR., | § | |
| | § | |
| Plaintiff Below- | § | No. 296, 2018 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| MARC RICHMAN, STATE OF | § | |
| DELAWARE, CONNECTIONS CSP, | § | C.A. No. N18M-03-278 |
| *et al.*, | § | |
| | § | |
| Defendants Below- | § | |
| Appellees. | § | |

# **O R D E R**

This 24th day of July 2018, it appears to the Court that the appellant's motion to proceed *in forma pauperis* in this appeal was denied by Order dated June 19, 2018. The appellant was instructed to pay the required fee by July 5, 2018 or else his appeal would be dismissed without further notice. The appellant has failed to pay the required fee. Dismissal, therefore, is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice